UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| MILAN KJALASAN, | Case No.: 2:18-cv-00994-APG-VCF |
|---|---|
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| DHS, | [ECF No. 4] |
| Defendant | |

On June 15, 2018, Magistrate Judge Ferenbach issued a report and recommendation that I dismiss plaintiff Milan Kjalasan's complaint with prejudice for a variety of reasons, including res judicata and lack of standing. ECF no. 4. Kjalasan did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Judge Ferenbach's report and recommendation **(ECF No. 4) is accepted**. Plaintiff Milan Kjalasan's complaint is DISMISSED with prejudice.

DATED this 9th day of July, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE